UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO QUINONES,<br><br>                    Petitioner,<br><br>           -against-<br><br>WILLIAM LEE,<br><br>                    Respondent. | 20-CV-4621 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 1, 2020, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   September 1, 2020
         New York, New York

                                              _____
                                              COLLEEN McMAHON
                                              Chief United States District Judge