UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RICARDO QUINONES,

                      Petitioner,                  **ORDER**

         -against-                      20 Civ. 4621 (VB)(JCM)

WILLIAM LEE,

                      Respondent.
-------------------------------------------------------X

On September 2, 2022, the Honorable Vincent L. Briccetti referred the above-captioned matter to the undersigned for habeas corpus purposes, including "whether [the] petition is time barred (Docs. ##8, 9)." (Docket No. 11).

Accordingly, Respondent is directed to respond to Petitioner's Declaration in Response to Order to Show Cause, (Docket No. 9), by September 13, 2022.

Dated: September 6, 2022
       White Plains, New York

                                              **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge