UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RICARDO QUINONES,

                      Petitioner,                  **ORDER**

      -against-                                  20 Civ. 4621 (VB)(JCM)

WILLIAM LEE,

                      Respondent.
----------------------------------------------------------X

        On September 6, 2022, the Court issued an Order directing Respondent to respond to Petitioner's Declaration in Response to Order to Show Cause by September 13, 2022. (Docket No. 14). The Court withdraws its September 6, 2022 Order, (Docket No. 14), and directs Respondent to adhere to the deadlines set forth in the Order to Answer issued by the Honorable Vincent L. Briccetti on September 2, 2022. (Docket No. 12).

        The Clerk is directed to mark the Court's September 6, 2022 Order, (Docket No. 14), as withdrawn.

Dated:    September 8, 2022
              White Plains, New York

                                                        **SO ORDERED:**

                                                          _____
                                                          JUDITH C. McCARTHY
                                                          United States Magistrate Judge