UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RICARDO QUINONES,

                        Petitioner,

           -against-

WILLIAM LEE,

                        Respondent.

------------------------------------------------------------------X

**ORDER**

20 Civ. 4621 (VB)(JCM)

      On March 3, 2023, Petitioner wrote a letter to the Court requesting an extension of time to respond to Respondent's motion to dismiss. (Docket No. 33). Petitioner's request is granted. Accordingly, Petitioner's response is due by May 8, 2023, and Respondent's reply, if any, is due by May 22, 2023.

      The Clerk is respectfully requested to mail a copy of this order to the *pro se* Petitioner.

Dated:   March 10, 2023
         White Plains, New York

                              **SO ORDERED:**

                              JUDITH C. McCARTHY
                              United States Magistrate Judge