UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
RICARDO QUINONES,                              :
             Petitioner,                      :
                           :          **ORDER**

v.                                             :          20 CV 4621 (VB)

WILLIAM LEE,                                   :
             Respondent.                    :
--------------------------------------------------------x

The Court received a letter from petitioner, who is proceeding pro se, dated August 6, 2023 (Doc. #48), requesting permission to file a sur-reply to respondent's response (Doc. #47) to petitioner's objection (Doc. #46) to Magistrate Judge McCarthy's Report and Recommendation. (Doc. #42 (the "R&R")).

The R&R recommends that this Court grant respondent's motion to dismiss petitioner's habeas petition as time barred. (R&R at 21).

In his letter, petitioner requests permission to file a sur-reply to address "unsworn" and "inaccurate" statements made by respondent's counsel in its response. (Doc. #48 at ECF 1, 2). Specifically, petitioner argues that a firearms report purportedly relied on by respondent "is a 'sample'" and that "the record will show that there no weapon was ever recovered and that this specific allegation was made falsely." (Id.)

Petitioner's request to file a sur-reply is GRANTED.

**By September 11, 2023, petitioner may file a sur-reply, not to exceed five pages. Petitioner's sur-reply must be limited to addressing the issues described in his August 6, 2023, letter.**

In addition, petitioner mailed his August 6 letter directly to Chambers. Petitioner must address all future correspondence to the Pro Se Clerk at the following address.

United States District Court
Pro Se Clerk
300 Quarropas St.
White Plains, NY 10601

The Court will disregard any future submissions sent directly to Chambers.

1

Chambers will mail a copy of this Order to petitioner at the address on the docket.

Dated: August 11, 2023
     White Plains, NY

                                   SO ORDERED:

                                   Vincent L. Briccetti
                                   United States District Judge