UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO QUINONES,

               Petitioner,                    20 **CIVIL** 4621 (VB)

      -against-                              **JUDGMENT**

WILLIAM LEE, Superintendent,
               Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 19, 2023, the Court finds no error, clear or otherwise, in the R&R. Accordingly, petitioner's objections are OVERRULED, and the R&R is adopted in its entirety as the opinion of the Court. Respondent's motion to dismiss is GRANTED and the petition for a writ of habeas corpus is DISMISSED. Judgment is entered accordingly, and the case is closed. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962).

**Dated:** New York, New York

      December 19, 2023                                      **RUBY J. KRAJICK**
                                                             Clerk of Court

                                             **BY:** _____
                                                                       **Deputy Clerk**