MEMORANDUM ENDORSEMENT

Quinones v. Lee,
20 CV 4621 (VB)

      To the extent plaintiff is seeking an extension of time to file a notice of appeal (attached), that request is DENIED as moot because the notice of appeal was timely filed. See Noble v. Kelly, 246 F.3d 93, 97–98 (2d Cir. 2001).

      To the extent plaintiff is seeking any other relief regarding his appeal, he must address such requests to the U.S. Court of Appeals for the Second Circuit.

      The Clerk is instructed to terminate the motion. (Doc. #55).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 26, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Copies Mailed/Faxed   1-26-24
Chambers of Vincent L. Briccetti

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RICARDO QUINONES #10-A-0656
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 4612 (VBV)(    )

-against-

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

WILLIAM LEE, SUPERINTENDENT,
(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 12-18-23 but did not file a notice of appeal within the required

_date_

time period because: NOTICE OF APPEAL HAS BEEN FILED ON TIME, HOWEVER, PERFFECTION OF THE UNDERLYING APPELLATE BRIEF WILL REQUIRE MORE TIME, WHICH CORRECTIONAL FACILITY POLICIES PROVIDES THAT PRISONERS MUST HAVE COURT ORDERED DEADLINES, THUS, THIS EXTENSION IS MAKING THAT REQUEST.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: January 10, 2024

Signature: /s/ Ricardo Quinones

RICARDO QUINONES #10-A-0656
Name (Last, First, MI)

EASTERN CORRECTIONAL FACILITY, 30 INSTITUTIONAL ROAD, PO BOX 338, NAPANOCH,
Address       City       State       Zip Code
NEW YORK 12458

Telephone Number        E-mail Address (if available)

Rev. 3/27/15

RECEIVED JAN 22 2024 U.S.D.C. W.P.